IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA SIBRIAN,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA; UNITED STATES POSTAL SERVICE,<br><br>        Defendants. | 2:06-cv-02252-GEB-KJM<br><br>ORDER RE: SETTLEMENT <u>AND DISPOSITION</u> |

On March 7, 2008, parties filed a Notice of Settlement in which they state "Plaintiff Blanca Sibrian and [D]efendant United States of America have reached a final settlement in this case" and that "[t]he parties will file their settlement and dispositional documents within 20 calendar days from today's date." Therefore, a dispositional document shall be filed no later than March 27, 2008. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. <u>See</u> L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated:  March 12, 2008

*[Signature]*
GARLAND E. BURRELL, JR.
United States District Judge

1